IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION


JENNY HUTCHINS                                              PLAINTIFF


v.                    NO. 3:22-cv-00165 PSH


KILOLO KIJAKAZI, Acting Commissioner                        DEFENDANT
of the Social Security Administration


## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for the Acting Commissioner of the Social Security Administration.

IT IS SO ORDERED this 8th day of May, 2023.

_____
UNITED STATES MAGISTRATE JUDGE